ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Healing Staff )     ASBCA No. 59411
)
Under Contract No. FA7014-06-D-0003     )

APPEARANCE FOR THE APPELLANT:          Adam M. Burton, Esq.
                                        Counsel

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                       Anna F. Kurtz, Esq.
                                       Michelle D. Coleman, Esq.
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 April 2017

Michael T. Paul

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 59411, Appeal of The Healing Staff,
rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals